UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDWARD C. BOROWSKI,, <br><br> Plaintiff, <br><br> v. <br><br> BNC MORTGAGE, INC.; LEHMAN BROTHERS HOLDINGS, INC.; STRUCTURED ASSET SECURITIES CORPORATION; STRUCTURED ASSET INVESTMENT LOAN TRUST 2004-2; BANK OF AMERICA, NA; JPMORGAN CHASE BANK, NA; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH PERSON, ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; AND DOES 1 TO 10, inclusive, <br><br> Defendants. | CASE NO. C12-5867 RJB <br><br> ORDER REGARDING SHOW CAUSE |

ORDER REGARDING- 1

1      This matter comes before the Court on pro se Plaintiff's response to the Court's Order to

2  Show Cause (Dkt. 47).

3      On August 27, 2013 this Court entered an Order granting Defendants JP Morgan Chase

4  Bank, N.A. (Chase) and Mortgage Electronic Registration Systems, Inc. (MERS) joint motion

5  for summary judgment and denying Plaintiff Borowski's cross motion for summary judgment.

6  Dkt. 47. Plaintiff's complaint and causes of action in their entirety were dismissed with prejudice

7  as to Defendants JPMorgan Chase Bank, NA and Mortgage Electronic Registration Systems, Inc.

8  *Id*. at p. 12.  On October 25, 2013, the Court denied Plaintiff's Motion for relief pursuant to Fed.

9  R. Civ. P. 60 and request for a stay from the August 27, 2013 Order.  Dkt. 52.

10

11      On September 10, 2013, the Court entered an Order for Plaintiff to show cause that the remaining named Defendants in this action were properly served and that there remained viable

12  causes of action against these Defendants.  Dkt. 47.  On September 27, 2013, the Plaintiff filed a

13  Response to the Order to Show Cause.  Dkt. 51.  Plaintiff's response shows through the

14  respective Returns of Service, that the Summons and Complaint were served on the following

15  remaining Defendants:

16

17      Bank of America, NA,
        3317 SE 192nd Avenue

18      Vancouver, Washington 98683
        Delivered to Jennifer Corcoran, Teller/Operations System who stated he/she was

19      authorized to accept service on behalf of the above named banking institution.   Dkt. 8-1.

20      Structured Asset Investment Loan Trust 2004-2
        C/O Bank of America

21      3317 SE 192nd Avenue
        Vancouver, Washington 98683

22      Delivered to Jennifer Corcoran, Teller/Operations System who stated he/she was
        authorized to accept service on behalf of the above named banking institution.   Dkt. 8-2

23

24

Lehman Brothers Holdings, Inc.,
2710 Gateway Oaks Drive Suite 150N
Sacramento, California 95833
Delivered to Becky DeGeorge whose title is: Agent for Service.  Dkt. 10

Although these parties have not entered appearances in this action, it appears that these Defendants were served with the Summons and Complaint. It cannot be determined at this stage of the proceedings whether Plaintiff has stated viable claims against these Defendants. Plaintiff's action against these three Defendants may proceed. Any other remaining Defendants named in Plaintiff's Complaint have not been properly served and are dismissed from this action in accordance with Fed. R. Civ. P. 4(m).

The Defendants that participated in the initial Joint Status Report and Discovery Plan (Chase and MERS) are no longer parties to this action. See Dkts. 20, 46 and 52. The trial date in this action has been stricken. Dkt. 47. Accordingly, the Court finds it appropriate to issue an Amended Minute Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. This Amended Order will accompany this Order Regarding Show Cause. In accordance with the Amended Order, pro se Plaintiff is responsible for initiating communications with these remaining Defendants. Pro se Plaintiff must confer with the Defendants Bank of America, NA., Structured Asset Investment Loan Trust 2004-2 C/O Bank of America, and Lehman Brothers Holdings, Inc. and provide the Court with a combined Joint Status Report and Discovery Plan.

It is so **ORDERED**.

DATED this 30th day of October, 2013

                              ROBERT J. BRYAN
                              United States District Judge